IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| EARTH SCIENCE LABORATORIES, INC., | |
|---|---|
| Plaintiff, | 8:16CV128 |
| vs. | |
| JAMES JERRED, | ORDER |
| Defendant. | |

This matter is before the court on the parties' joint motion for extension of deadlines, Filing No. 16. The court finds that the motion should be granted.

IT IS ORDERED THAT:

1. The parties' motion for extension of deadlines, Filing No. 16, is granted.

2. The parties will submit briefs and evidence regarding Plaintiff's request for a permanent injunction pursuant to the amended stipulated scheduled:

   a. Plaintiff will submit its brief and evidence no later than July 11, 2016.

   b. Defendant will submit his responsive brief no later than August 1, 2016.

   c. Plaintiff may submit a reply brief no later than August 9, 2016.

3. Oral argument is scheduled for August 19, 2016 at 1:30 p.m.

4. The parties have until on or before May 16, 2016 to file their Rule 26(f) Report.

Dated this 13th day of May, 2016

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge