IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EARTH SCIENCE LABORATORIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAMES JERRED, <br><br> Defendant. | 8:16CV128 <br><br> **ORDER** |

This matter comes before the Court upon the "Withdrawal of Request for Permanent Injunction" (Filing No. 33) by plaintiff Earth Science Laboratories, Inc.

In consideration of the withdrawal (which was filed as a motion), the Court orders as follows:

1. Plaintiff's Request for Permanent Injunctive Relief in this matter is deemed withdrawn and the oral argument set for September 28, 2016 is hereby cancelled.

2. The Temporary Restraining Order on Preliminary Injunction (Filing No. 12) entered on March 31, 2016 is hereby dissolved.

Dated this 27th day of September, 2016.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge